# UNITED STATES DISTRICT COURT

for the
Southern District of New York

-------------------------------------------------------------X
UNITED STATES OF AMERICA
        Plaintiff,

        Vs.                                  **NOTICE OF APPEARANCE**

AVTANDIL KHURTSIDZE              **Docket № 1:17-cr-00350-KBF-27**

        Defendant.
-------------------------------------------------------------X


To: The Clerk of Court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant – Avtandil Khurtsidze.


Date: Brooklyn, New York

   July 25, 2017                                            ___/s/ Yuliya Vangorodska___

                                                             Yuliya Vangorodska, Esq.
                                                                   NY Bar №4369781
                                                  Law Offices of Yuliya Vangorodska P.C.

                                                      1123 Avenue Z, 2nd Floor
                                                      Brooklyn, New York 11235

                                                      Office: (347) 857-8722
                                                      Fax: (347) 227-0301