**Law Office of**
**GUY OKSENHENDLER**
194 Burns Street, Suite 1
Forest Hills, New York 11375
(917) 804-8869
goksenhendleresq@aol.com

September 8, 2017

VIA ECF

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Avtandil Khurtsidze*
              Ind. No. 17 cr. 350 (KBF)
              <u>Request to Withdraw as Counsel and to Not Appear at Status Conference</u>

Dear Judge Broderick

      Reference is made to the scheduled court appearance today in the above-entitled case. Counsel has been contacted by new counsel for the defendant and respectfully requests to withdraw as appointed counsel in light of the defendant retaining private counsel. Although no Substitution of Counsel has been filed, it is requested that Counsel be allowed to withdraw and not appear today for the formality of being substituted as counsel. It seems to be a waste of CJA funds for counsel to travel to and from court and appear solely for the purpose of being substituted as counsel.

      Your consideration of the above-request is greatly appreciated.

                                                Very truly yours,

                                          /s/ *Guy Oksenhendler*
                                          Guy Oksenhendler

*[Handwritten annotation:]* So ordered. KBF for VSB 9/8/17