

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 26, 2017

**BY ECF**
Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:  *United States v. Avtandil Khurtsidze*, 17 Cr. 350 (KBF)

Dear Judge Forrest:

The Government writes further to the Court's order of October 26, 2017, regarding the substitution by Farrukh Nuridinov, Esq., for Yuliya Vangorodska, Esq., as counsel for defendant Avtandil Khurtsidze. On the basis of Mr. Nuridinov's representations at the conference held on October 10, 2017, and those in his letter filed with the Court on or about October 23, 2017, the Government believes that no further *Curcio* proceedings are required with respect to Mr. Nuridinov, who appears at this time to suffer no potential or actual conflicts of interest with respect to his client.

The Government believes that Ms. Vangorodska does face at least a potential conflict of interest, if not an actual conflict. Although Mr. Nuridinov's letter states that he will be substituting for Ms. Vangorodska, the Government notes that she has not, as yet, withdrawn from this case. Nevertheless, the Government intends to deal exclusively with Mr. Nuridinov from this point forward in making further productions or discussing the prosecution of this case.

Respectfully submitted,

JOON H. KIM
Acting United States Attorney

by:  /s/  Andrew C. Adams
Andrew C. Adams
Assistant United States Attorneys
(212) 637-2340

*Ordered*

Ms. Vangorodska is directed to inform the Court and all counsel as to whether she intends to withdraw as counsel in this case.

KBF Forr
USDJ    10/27/17

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: OCT 2 7 2017
```