◈AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| SOUTHERN | District of | NEW YORK |
|---|---|---|

| UNITED STATES OF AMERICA | **CONSENT ORDER GRANTING** |
|---|---|
| Plaintiff (s), | **SUBSTITUTION OF ATTORNEY** |
| V. | |
| AVTANDIL KHURTSIDZE | CASE NUMBER: 17-Cr-00350-KBF |
| Defendant (s), | |

Notice is hereby given that, subject to approval by the court, __Avtandil Khurtsidze__ substitutes
(Party (s) Name)

__Farrukh Nuridinov, ESQ.__ , State Bar No. __5441134__ as counsel of record in
(Name of New Attorney)

place of __Law Offices of Yuliya Vangorodska P.C.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| Firm Name: | Law Offices of Farrukh Nuridinov P.C. |
|---|---|
| Address: | 455 Ocean parkway, 2E |
| Telephone: | (929) 365-2306      Facsimile |
| E-Mail (Optional): | nuridinov.law@gmail.com |

I consent to the above substitution.

Date: 10/30/2017

*(Signature of Party (s))*

I consent to being substituted.

Date: 10/30/2017

*(Signature of Former Attorney (s))*

I consent to the above substitution.

Date: 10/30/2017

*(Signature of New Attorney)*

The substitution of attorney is hereby approved and so ORDERED.

Date: 11/7/17

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 0 7 2017