```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 5, 2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :           17 Cr. 350 (KBF)
        - v. -                                                    :
                                                                  :               ORDER
AVTANDIL KHURTSIDZE,                                              :
                                                                  :
                        Defendant.                                :
------------------------------------------------------------------X

**KATHERINE B. FORREST**, United States District Judge:

   For the reasons set forth on the record (see transcript) at a hearing held on December 5, 2017, Farrukh Nuridinov is relieved as counsel, and, pursuant to Pursuant to §220.55.30 of the Criminal Justice Act, Megan Wolfe Benett is hereby appointed as standby counsel for the defendant.

   A further hearing is scheduled for December 19, 2017, at 1:00 p.m. If the defendant chooses to retain new counsel, a Notice of Appearance must be filed with the court prior to that date, and any retained, incoming counsel must appear at the hearing.

   SO ORDERED:

Dated:   New York, New York
         December 5, 2017

                                        _____
                                          KATHERINE B. FORREST
                                          United States District Judge