UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
   UNITED STATES OF AMERICA             :
:
                         - v. -               :
:
   RAZHDEN SHULAYA,
   NAZO GAPRINDASHVILI,              :   17 Cr. 350 (KBF)
   AVTANDIL KHURTSIDZE, and
   AZER ARSLANOUK,                 :
:
                 Defendants.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___1/16/2018___

**KATHERINE B. FORREST**, United States District Judge:

Pursuant to a proceeding with the Court on 1/16/2018, it is hereby ORDERED as follows:

- As set forth on the record (see transcript) any "Racketeering Letter" from the Government shall be filed not later than 4/13/2018.

- Any <u>Bruton</u> disclosures are due not later than 4/13/2018.

- The Government shall inform the Court, in writing, not later than 2/1/2018, as to its views as to where any newly indicted defendants fit with respect to trial groupings, and whether any existing groupings require condensing/modification.

- The next status conference for Group A is scheduled for 3/16/2018, at 12:00 p.m. In advance of that conference, if the parties believe that a conference is not necessary, they should submit a letter to the Court and the conference will be adjourned.

- As set forth on the record, as requested by the Government, and consented to by defendants, time pursuant to 18 U.S.C. 3161 (h)(7)(A) of the Speedy Trial Act, is hereby excluded from 1/16/2018 to 3/16/2018. The Court finds the ends of justice are served by such an exclusion and that these ends outweigh the interests of the public and defendants in a speedy trial.

SO ORDERED:

Dated:    New York, New York
         January 16, 2018

_____
KATHERINE B. FORREST
United States District Judge