UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

       UNITED STATES OF AMERICA

               - v. -

       RAZHDEN SHULAYA,
       AVTANDIL KHURTSIDZE,
       AZER ARSLANOUK,
       LEVAN MAKASHVILI, and
       SEYMON SARAIDAROV

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

17 Cr. 350 (KBF)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __3/19/2018__
```

**KATHERINE B. FORREST**, United States District Judge:

Pursuant to a proceeding with the Court on 3/16/2018, it is hereby ORDERED as follows:

- A draft jury questionnaire will be sent to the parties on 3/23/2018. Not later than 3/30/2018, the parties should submit to the Court, each of their respective revisions, and a revised questionnaire will be distributed to the parties on 4/6/2018.

- Any Rule 404(b) Notice shall be provided to defendant not later than 4/16/2018.

- Motions *in limine* are to be filed not later than 4/23/2018. Responses are due and the motions will be fully briefed not later than 5/8/2018.

- Pretrial materials, including proposed *voir dire*, proposed jury instructions, proposed stipulations, as well as witness and exhibit lists are due not later than 5/16/2018.

- The final pretrial conference is scheduled for 5/24/2018, at 1:00 p.m.

- 3500 material shall be turned over to the defendants not later than 6/1/2018.

- Trial shall commence on 6/4/2018, at 9:00 a.m.

- As set forth on the record, as requested by the Government, and consented to by defendants, time pursuant to 18 U.S.C. 3161 (h)(7)(A) of the Speedy Trial Act, is hereby excluded from 3/16/2018 to 6/4/2018. The Court finds the ends of justice are served by such an exclusion and that these ends outweigh the interests of the public and defendants in a speedy trial.


SO ORDERED:

Dated:       New York, New York
             March 19, 2018


_____
     KATHERINE B. FORREST
     United States District Judge