| | | May 13 | | Шашкр. | | + | + |
|---|---|---|---|---|---|---|---|
| | | | | Jzick | RICO | | |
| Хаим | -1000/300)+30 D + | | 7000 6000 2500 | 40 | 35 | Артур - 340 | |
| Мерс | -1000/200)1500 2000 2600 3000 3500 4500 | | | 85 | 60 | Виталии - 400 | |
| Виталии | 500 50 +1400 +1000 +600 | | | 65 | 50 | | |
| Артур | 350/100/335 + | | | 110 | 75 | | |
| Саша(В) | 1000/100) 2000 4000 -1400 | | | 50 | 50 | | |
| Алик | 500 +50 500)+1350+800+600+ | | | 90 | 55 | | |
| Саша(K) | 600 1100 1600 2100 2700 +350+ | | | 65 | 60 | | Рико +300 |
| Lucia | 600 1000 200 1100 - | | | 100 | 65 | | Артур +600 |
| Лила | 100/100)-170 - | | | | 35 | | Alik +200 |
| Соена(ком.мал) | 1200/100)(500 2000 3000 4000 +600+ | +500+ | +300+ | | | | Дима +230 |
| Йося | -1000/100) 2000 2400 +2400+ | | | | | | |
| 2дим | -1000) 2000 3000 -4000 =3200 - | | | | | | |
| 2ди (17) | -500 800)-400 | | | | | | |

| | Саша 1800 /200 | | Джим | | |
|---|---|---|---|---|---|
| Хаим -300 | Мерс - 8000 5000 - | | 65 | | |
| Мерс -200 +1000 | | | | | |
| Виталии 50 | | Екр | 125 | | Итог: |
| Артур -135 | | Food - 210 | | | 7100 |
| Саша(В)-(60+280) | | Alcoh. -60 | 210 | | |
| Селена(мал)-200 | | | | | |
| Лина -100 | Хаим +300 | Саша(В)-1800 | +230+ | | |
| Саша мал. -100 | Виталий +500 | Лина -1800 | | | |
| Йося -120 | Алик +600 | 2дим -3200 | | | |
| 2дим -800 | Саша(В)+350 | Мерс -5000 | | | |
| | Саша(K) +350 | | | | |
| | Йося +2600 | | | | |
| | Рико +500 | | | | |
| | Артур +600 | | | | |
| | Алик +200 | | | | |
| | Дима -230 | | | | |