**ZEMAN & WOMBLE, LLP**
ATTORNEYS AT LAW
66 WILLOUGHBY STREET, 2ND FLOOR
BROOKLYN, NEW YORK 10007
(718) 514-9100 · FAX (917) 210-3700
WWW.ZEMANWOMBLELAW.COM

BENJAMIN ZEMAN
KEN WOMBLE

May 14, 2018

**BY ECF & EMAIL**

Honorable Katherine B. Forrest
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:     *United States v. Shulaya, et al.*, 17 Cr. 350 (KBF)

Hon. Judge Forrest:

Please accept this letter as a joint request by the Shulaya Defense Team, the Khurtsidze Defense Team and the Government to extend the date for submission of Requests to Charge to this Friday, May 18, 2017.

Should the Court grant this request, the government has agreed to submit to defense counsels a draft of its Requests to Charge prior to May 18, 2017.  Both defense teams would then confer, make redline edits, and submit a single document to the Court.

Thank you for your consideration of this request.

ORDERED.
Extension to May 18, 2017 granted.

Respectfully submitted,
/s/
Ken Womble

5/15/2018

Cc:     AUSA Andrew Beaty (via email)