To Honorable Katherine B. Forrest,

I am Avtandil's mother, Makvala Khurtsidze. I am a housewife. My son, who was raised in poverty is an honest, loyal, giving, active, and humble man. Everyone loves him. He never wishes anything bad to anyone. He has always been compassionate and caring. He would always help poor people because he knows very well how it feels to be one. He would always take care of us. He would always be merciful and would never tell me about his fights before their end. He did not want me to be nervous. He is extremely kind hearted and loving son. Even from jail he tries to care for me and not to make me nervous.

/Signature/

To Honorable Katherine B. Forrest,

I am Omari Khurtsidze, Avtandil Khurtsidze's father. I am retired. I have known Avtandil for my whole life; he is my younger son; I have and always will count on him.

Avtandil has always had exceptional physical abilities. On the other hand he has had wonderful sense of humor that helped him in establishing good relations with people. He is very kind, caring, hardworking, and generous man.

He would work alongside me when I worked at Department of Forestry. His physical abilities and industriousness would greatly alleviate my job. It shows that despite his tremendous success he is an ordinary man, with kind heart. He is also an exemplary son. I am a happy father. I have and will always be proud of my son.

O. Khurtsidze

To Honorable Kathrine B. Forrest,

My name is Tariel Khurtsidze. I am Avtandil's brother. I work at a shoe manufacturing factory as a cobbler. I have known my brother for my whole life. He is a member of my family. He is my beloved, younger brother. I have and will always be counting on him in the future.

He is extremely honest, kind, god loving and god fearing man. He has never physically assaulted anyone weaker than him, because he views everyone as his friend and the god's children. He has been caring person since his childhood. He would always help orphans and poor. Once we went to a river to swim and saw a little boy herding cattle. Avtandil noticed that the boy's pants and shoes were ripped. He called him, gave his own pants and shoes to him, got back in a car in his underwear and we left. Avtandil has never been ambitious and had always enjoyed a good reputation. He has been hard working and organized person since his childhood.

Avtandil has a good sense of humor, he loves righteous and hardworking people.

For me he is a very positive and an exemplary person.

To Honorable Katherine B. Forrest,

Reference Letter

I am Megi Khurtsidze. I am Avtandil Khurtsidze's sister. I am a housewife.

I have known Avtandil for my whole life.

I am familiar with his thoughts and aspirations.

Avtandil is a simple, kind, humble, compassionate, and humane person. We grew up in a very poor family. Our school would help us with clothes. Despite such poverty Avtandil has never stolen or taken anything away from others. On the contrary, he would always do his best to help others.

He would always support us, his siblings, financially as well as economically. Avtandil achieved tremendous success in sports with hard work. After the world championship fight in Tbilisi, Avtandil transferred his prize money to less fortunate people. He is a charitable man. He financed construction of a temple in the village of Saprasia, in Vani province. There is a young boy, Zviad Kukhianidze living in our area of Kveda Meskheti. He has a cerebral palsy. Avtandil was helping him financially as well as with medications.

Avtandil has a good reputation among people. He is a true patriot of his country.

Megi Khurtsidze /Signature/

My name is Tamar Zirakadze. I am a niece of Avtandil Khurtsidze. I am a pharmacist, but currently I am a housewife. I have known him since I was born. He is a member of my family. We have always enjoyed great relationships. Furthermore, it has getting even better as it goes on. However, there is no higher degree of true friendship than we have today. I know him very well and he knows me so well too. He is very caring, loyal, compassionate, loving, and very friendly.

How can I not believe that he is honest, generous, and caring, when he demonstrates these qualities on daily basis? He radiates so much kindness not only towards his loved ones, but total strangers too. Ambitions are non-existent. If anyone knows his name he or she will stop arguing about it. Some people love to speak volumes about some insignificant deeds, however he has always been marked with humility, even after he achieved so much.

Avtandil's contribution to society is noteworthy. He does whatever he can in this regard. Georgians love to discuss things. I am not talking about people from other countries. People are constantly asking about his achievements and are very proud that he made his country so famous. He achieved it through very hard work. He does his best in every single fight.

My father had two heart surgeries. As you know these surgeries require significant amounts of financial resources. Without him and his efforts, his kindness, and his charitable soul I do not know what results we would have today.

However, this episode pales in comparison to his other deeds. His name is associated with only good memories for everyone.

/Signature/

To Honorable Katherine B. Forrest,

I am Mamuka Nareshelashvili, husband of Avtandil Khurtsidez's sister, in other words, brother in law. I am in a construction business.

I have known Avtandil since 1992 when he was 12. Currently I have very warm, friendly relationships with him. He is a member of my family. We are brothers, as I do not have my own siblings. Avtandil has always served like my sibling.

I can speak endlessly regarding his benevolent deeds. Even the fact that Avtandil took care of my three children as if they were his own says a lot. He would help paying college tuition fee for his nieces. He has always been there for me as my own brother. His nieces swear on Avtandil's life up until today. When they swear on his life we know that they are not dishonest. Same was true for Avtandil, when he swore on the life of his nieces we knew he was telling the truth.

I would also like to mention that he has always been very compassionate to deprived and poor people, and the ones with limited abilities. Avtandil would always do his best to support and help them.

Despite having difficult and challenging life he is a very honest man. He would never desire to take anything away from others. He achieved his success only through decency, hard work, and relentless drive he has had.

Avtandil has never been ambitious. He has always been a humble man. He would never demonstrate his physical abilities to general people. People who knew him would never realize how physically powerful he was.

In public Avtandil would always enjoy good reputation. Relatives, friends, loved ones, neighbors, and family members would often ask for his advice. He would repeatedly teach my children to be righteous and decent and that god would always be on their side.

Avtandil unreservedly loves his country and Georgian people. He is a true patriot. I can characterize him only as a positive man.

Respectfully,

M. Nareshelashvili

To Honorable Katherine B. Forrest,

I am Vasil Nareshelashvili, Avtandil Khurtsidze's nephew. I am a student and have known Avtandil for my whole life. He has always been an exemplary person for me. His relations with me and my sisters is beyond traditional uncle-nephew relationships. Because of the warmth and care that he has shown, he is much more than just an uncle for us.

Avtandil is an unsophisticated, kind, loving, warm hearted, and generous man with excellent sense of humor. Every single minute spent in his presence is truly memorable. When my sisters were admitted into a college they moved to his place after his repeated requests. He would pay their tuition as well, because my family would have very hard time to cover their expenses. I was not an exception either. He would often remind me to study hard and receive a good education.

Because of his career he was travelling around the world a lot. His arrival back home, however was a real celebration for our family and especially for us, because he would not return home empty handed. I have always revered his hardworking nature and love of sports. He has been a bearing wall for us. He played tremendous part in our upbringing and success.

Avtandil is a true patriot of his country. Prior to any of his fight Georgian music is played before he enters the ring, his shoulders and head is adorned with five cross Georgian flag and hat. He is very proud and extremely happy to represent Georgia on global stage and his career achievements and awards genuinely reflect it.

Vasil Nareshelashvili

To Honorable Katherine B. Forrest,

I am Marika Makhuashvili, Avtandil Khurtsidze's cousin. I have known Avtandil since childhood. When I got married I moved to the neighborhood where Avtandil lived. At that time he was a school kid. His family was extremely poor. Just a recollection of it makes me sad to tears. They did not have a house or food, but through his extremely hard work he achieved so much that made us all proud.

His parents drilled in him to do kind things and to help poor. He has never been villain; he would help and support everyone asking for nothing in return. He never had a desire for anyone's possessions and have never taken anything away from others.

I am confident to state that he is extremely decent, loyal, righteous, and warm hearted person who is also a true patriot of his country. His career as an athlete demonstrates it as well. Besides other positive qualities he is a charitable man. He has been giving everything, including even last cents to support deprived people.

He is a proud son of Georgia.

M. Makhuashvili

Greetings. My name is Leila Chelidze. I was born on ████, 1986 in the Town of Kutaisi. Currently I work as a manager of the "Sadzmo" taxicab company. I have known Avtandil Khurtsidze since our childhood. I and Avtandil grew up in the same neighborhood, on a hill. We have been very good neighbors and great friends. I have known him so well and can say only positive things about him. He is very simple, unpretentious, kind hearted, caring, hardworking, loving, and positive person. He has been caring and giving person since his childhood. He would always help as much as he could every neighbor or acquaintance. As a result, he is loved by every neighbor, acquaintance, or a friend who knows him.

Avtandil's family has always lived in poverty. He would try his best to be there for his family and would help his parents as much as he could. He would never say no to any work and would also train hard at the same time. He would always be in great shape while working hard to take care of his family. He went through lot of struggle, hard work, and humane challenges that made him a man he is today. He would always have ambition and drive to be successful and achieved it only through hard work, without anyone's help.

I am proud to have known Avtandil Khurtsidze. I am very proud to have him as my neighbor and as my close friend.

L. Chelidze

To Honorable Katherine B. Forrest,

My name is Nino Silagava. I am a dentist. I have known Avtandil since childhood. We are neighbors. Based on our long lasting friendship I am characterizing him as a very positive person.

Among Avtandil's qualities I would point out his sharp tongue, smartness, honesty, and decency. Also he is coming from extremely decent family.

I would always remember times when I was a child and my family was settling in. Avtandil played significant role in that process. He would never ignore us and would always stand by our side. He has provided us with help on numerous occasions.

Avtandil has been involved in sports since his childhood that made him extremely successful. He is a proud son of Georgia.

N. Silagava

To Honorable Katherine B. Forrest,

My name is Gulnara Iobidze. Since 1971 I have been residing on Aslanikashvili Street. Currently I am retired. I have known Avtandil since he was 4 years old. He spent his childhood with his parents and worked hard. He would go to School #6 together with my child. He was an organized student, polite, and well mannered. He has been involved in sports since early childhood. He would never pay for it because his parents could not afford the payment. Avtandil achieved everything only through his hard work.

Avtandil would do his best to support everyone. He has always been there for his aged parents who severely depend on him. Avtandil is a proud son of our entire neighborhood.

G. Iobidze

To Honorable Katherine B. Forrest,

I, Iamze Akhaladze positively characterize Avtandil Khurtsidze. He is my neighbor and a classmate of my child.

Avtandil grew up in a decent family that has never been materially affluent, but have always been marked with abundance of spiritual wealth.

Avtandil would never have conflicts with his friends and was extremely shy. He achieved tremendous success in sports without anyone's help.

He has always been caring for and giving to his neighbors. I characterize him as an exceptional individual. He is a proud son of his neighborhood and of our whole town.

I.      Akhaladze

To Honorable Katherine B. Forrest,

I, Darejan Ugrekhelidze positively characterize Avtandil Khurtsidze. He is my neighbor. I also was his teacher at school.

Avtandil grew up in decent, working class family. He was a calm and balanced child. He has never been prone to conflicts. He was actively involved in sports activities in school.

I characterize him as an excellent person. He would always be there for his parents, when times were tough as well as good times. He achieved significant success in sports and personal life without anyone's help. He would always represent Georgia in all competitions even though he had numerous offers from different countries.

Avtandil is also an absolute charitable man. When my daughter got into a car accident he personally provided us with economic support. I and my family are proud of him.

D. Ugrekhelidze

LLC Lions



Head coaches of the Lions Soccer Club Romanoz Ordenidze

Zurab Urdulashvili

To The United States Federal Court

Southern District of New York

Honorable Katherine B. Forrest,


Dear Judge Forrest,

We would like to express our respect to you and briefly tell you about Avtandil Khurtsidze.

We have known Avtandil for a long time now since he trained in Georgia. He has been our friend and also actively cooperated with our sports club. He would do his best to support the kids in our club after he achieved so much success.

We can assure you that he is truly committed and hard working athlete. Every single of his career achievement is a result of tremendous effort. He has a great reputation in our small country of Georgia and has numerous fans.

One can speak about him endlessly and only in positive light. I am characterizing him as a positive man.

R. Ordenidze /*Signature*/

I am Levan Tevdoradze. I was born on ⬛⬛⬛⬛, 1963. By education I am a medical doctor. Currently a businessman. I have known Avtandil Khurtsidze for 10 or 11 years now. I met him as a fan attending his competitions and later on we became friends. Currently even our families have friendly relationships. I have known him pretty well. He is very kind, courageous, and caring person. He has always served as a foundation for his relatives, family, and friends. He was an ambitious athlete and wanted to do his best to achieve maximum success. He has a good reputation.

Avtandil is a hardworking and target oriented man.

Levan Tevdoradze /Signature/

To Honorable Katherine B. Forrest,

My name is Mzia Zankaliani. I am a nurse. I have known Avtandil Khurtsidze since childhood, in other words since 1986. I met him as a neighbor. I remember him as a very nice kid, hardworking, and good individual. He has a good reputation among his colleagues.

Avtandil Khurtsidze is a good man, friend, and neighbor. He is adored by everyone.

I personally characterize him as a positive person.

/Signature/

To Honorable Katherine B. Forrest,

Letter of Reference

My name is Shmagi Zankaliani. I am Avtandil Khurtsidze's neighbor. I have known him since childhood. I characterize him as a good kid, great neighbor, and beloved person for everyone. He achieved tremendous success in sports and I characterize him as a positive individual. He has a good career in sports.

Sh. Zankaliani

To Honorable Katherine B. Forrest,

Letter of Reference

I am Dali Chelidze. I am retired. I have been Avtandil Khurtsidze's neighbor for 30 years. Avtandil was a child when we settled here. He is of my children's age. They played together. Avtandil was a kind, honest, and upright kid. I was extremely happy when Avtandil started achieving significant success in sports. I would always root for him. Our neighbors would always congratulate one another each of his successful fight. He was often away for training and competitions, however he would be very kind to us when he was back.

I can recall years of his childhood when his family was very poor and Avtandil would do his best to help them doing physical work. I have never heard of Avtandil's bad behavior. Currently Avtandil's parents are terribly suffering without him. We would like to see Avtandil with his family again.

D. Chelidze

To Honorable Katherine B. Forrest,

Letter of Reference

I am Ineza Gakhokidze, classmate of Avtandil Khurtsidze. Avtandil has been very hardworking since his childhood. Because of financial problems he would do physical jobs and help his family. At the same time he would practice hard and achieve every single success through his meticulous and decent work ethic.

Avtandil is very caring, warm, and friendly. He tries to help anyone and tries to share everyone's pain. He can find common language with a person of any age.

Avtandil truly deserves to be a free man and based on his determination he will definitely be able to achieve some more success.

/Signature/

LEPL Kutaisi Public School N6

████████████████                                        07/08/2018

United States District Court Southern District of New York

To Honorable Katherine B. Forrest,

Director of LEPL Kutaisi Public School N6 Dimitry Karseladze.

In 1986-95 Avtandil Khurtsidze was a student at LEPL Kutaisi Public School N6. I did not work at this school during that period of time, however teachers would characterize Avtandil Khurtsidze as a bright student who demonstrated responsible behavior, was communicable, organized, and marked with politeness and decency. He would actively participate in activities organized by the school. He would always expect the same approach from his friends. Also he would never denigrate anyone. There were certain occasions when he would even punish his friends if he felt that they did not protect the weaker students or mistreated some girls. He had good reputation among other students and general public. He would always demonstrate responsibility and exemplary work ethic.

I personally met him in a boxing gym. He attracted my attention not only because of his athletic abilities, but because of his interaction with his friends. As a successful competitor he was remarkably powerful and spirited athlete, but very humble man and friendly in personal relationships. He would help other people expecting nothing in return. He was a very generous and charitable man. He initiated construction of a gym on school premises as he tried to provide students with every opportunity to live a healthy life.

Based on teachers' opinions and my personal observations I am certain that Avtandil Khurtsidze possesses all the positive qualities.


Respectfully,


Director of LEPL Kutaisi Public School N6 /Dimitry Karseladze/ /Signature/

████████████████████████

Tel:   ████████████

I.     ████████████

To Honorable Katherine B. Forrest,

Letter of Reference

My name is Lamara Gogelidze. I am 70 years old. I am Avtandil Khurtsidze's neighbor. I have known him since he was born. Avtandil Khurtsedze is a positive person. He grew up together with my children.

Avtandil Khurtsidze grew up in a poor family, however he would never hurt anyone. He would try to help his parents since his young age. I was so happy that he achieved so much success.

We would very much appreciate if he returns back to us and continues his successful career.

Respectfully,

L. Gogelidze   /Signature/

To Honorable Katherine B. Forrest,

Avtandil Khurtsidze's Coach

Letter from Grand (Murtaz) Bebia, Merited Master of Georgian Sports. Merited Coach of Kick Boxing and "Master" of Thai Boxing.

### Character Letter for Avtandil Khurtsidze

Avtandil began training with me when he was a little child. From the beginning he was characterized with boundless energy and hard work. He would always enjoy good relationships with other boys. Avtandil would often stay in the gym after practice was over and would not stop working hard.

Avtandil Khurtsidze won Georgian championship title for 5 times. He is also a winner of 7 international tournaments. In 2001 he won the world championship title for the first time in Greece. After that he became a professional boxer. He won numerous championships as a boxer as well. At "Imedi" Club Avtandil was training together with:

Jaba Oniani █████████

Nino Giglemiani █████████

Lasha Didava ████████

Davit Amaglebeli █████████

Ana Mogeladze ████████

Rezo Choladze ████████

Reference Letter

I, Avtandil Turabelidze, born on ████████, 1973, residing in Kutaisi, Georgia, at ████████ ██ ████████████.

Currently I work as a law enforcement officer. I have known Avtandil Khurtsidze since 2000. I was training together with him in Kick Boxing. I am Avtandil's friend and have known him very well. He is a positive individual that is reflected in his spiritual, moral, and ethical qualities. Throughout our friendship I cannot recall a single fact of unfairness, aggression, violence, or disrespect involving him.

To corroborate above stated I can recall one fact, when during one of the training sessions I accidentally injured him. Even though I was not a classier athlete he never thought of revenge and aggressive response. This shows his professionalism and true power.

The second fact is related not only to me, but the whole group of athletes. When Avtandil won his first world championship title in Greece in 2001 it did not cause him to show off and become arrogant. Quite the contrary, when one of the rookie athletes asked him to show how to perform certain moves, Avtandil spent lot of time and energy to teach this athlete what to do. It was especially kind of him because during this time he was getting ready for another important competition as well. He was not even worried for the hours he spent teaching, but rather he was happy to help others.

    A.  Turabelidze /Signature/

Thaiboxing & Kickboxing National Federation of Georgia

Mob: ████████████████████████, email: ████████████████

Address: ████████████████████████. Tbilisi – Georgia

████████                        12. 08. 18

United States Federal Court

Southern District of New York

Honorable Katherine B. Forrest,

Dear Judge Forrest,

I am the President of Thailand Boxing and Kickboxing National Association of Georgia. I am merited coach, internationally certified referee, and 1990 world champion in martial arts.

I have known Avtandil Khurtsidze for 20 years. I met him at one of the tournaments hosted by our federation in 1998. He won 3 Georgian championships after that. In 2001 he won kickboxing world championship title in Greece. Since 2002 he became a boxer and achieved significant success. He won world championship belt on several occasions. We have been friends. We would often meet each other and communicate. Avtandil Khurtsidze was marked by kindness and care towards other people. He is also extremely target oriented. His primary objective was to become one of the best athletes in the world, that in my view he almost achieved.

He has a good reputation. He has done lot of charitable work. He would do his best to help as many people as possible and many of them are very grateful to him.

I remember when Georgian National Team visited Greece, Avtandil Khurtsidze would help strangers in the street, aged and poor people. He gave them everything he had in his pockets. Numerous members of our national team repeated it too after him.

I can characterize Avtandil Khurtsidze only as a positive man.

Respectfully,

Gocha Javakhia          /Signature/

President of Thailand Boxing and Kickboxing National Association of Georgia

World Champion

Internationally Certified Referee

Merited Coach of Sports

Round Seal of the Thaiboxing & Kickboxing National Federation of Georgia

I am an active professional boxer, Alexandre Benidze. I was born on ████, 1984. I live in Kiev, Ukraine. I have known Avtandil Khurtsidze since 2006. We met at a tournament in Kharkov, Ukraine, where he competed for the European Championship title. He is a close friend and colleague. For almost three months we lived together in the same apartment in Kiev and I know him very well. He is extremely honest, hardworking, and generous man. He personally helped me to stay in Ukraine and to grow as a boxer. He would do his best to help everyone he knew when they needed it. He cared for everyone around him. He was a very ambitious athlete and wanted to become an undisputed world champion. Avtandil is a great athlete and a wonderful person. He is a very hospitable, kind, and happy man. Everything he does with 110% effort. I am also familiar with his work ethic. He does his maximum in sports and in life to become successful.

Alexandre Benidze /Signature/

I am David Khakhaleishvili, Merited Master of Sports, winner of the European and World Championships, and Barcelona Olympic Games. I am a laureate of numerous governmental awards and a President of the Judo Federation of Western Georgia.

I have known Avtandil Khurtsidze for 29 years. I met him when I was an active athlete and right now I am a big fan of his successful career. I used to maintain constant communication with him via internet. I have known him as a very professional athlete and decent citizen. I can think of several facts regarding his personality: I have always been captivated by his attitude towards his craft, also by his support of many people. He would demonstrate his support in many different ways (He would provide either financial or moral support to them).

Respectfully,

David Khakhaleishvili

Winner of Barcelona Olympic Games

███████████████

███████████                    /Signature/

To Honorable Katherine B. Forrest,

I have known Avtandil Khurtsidze as a good man and an athlete since 1995. I witnessed how he practiced boxing every day in the old gym. He practiced without sparing himself. I saw how he walked home with his head down after each workout. His primary objective was to achieve success through hard work and relentless drive that would enable him to help his family and friends. His hard work was related to his love of boxing, of his family, and friends.

He has done lot of charitable work. He would help numerous people in need. I am a musician and he would support me morally and economically as much as he could whenever I needed it.

Avtandil is a man who leads by example as a good man and as a great sportsman. I am very proud of him. He would always charge me with positive energy. He is a true champion and he will be a winner. He is my friend … A.B.

Black Prince – Akaki Babunashvili        /Signature/