

Young Avtandil



Young Avtandil



Avtandil's father and older siblings



Avtandil, his brother and his cousin



Avtandil and other fighters from his gym



Avtandil, his mother and grandmother



Avtandil in front of his old family home