```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 7, 2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                          :
UNITED STATES OF AMERICA                  :
                                          :     17 cr. 350 (KBF)
    - v. -                                :
                                          :     ORDER
AVTANDIL KHURTSDIZE,                      :
                                          :
                    Defendant.            :
------------------------------------------------------------X

**KATHERINE B. FORREST**, United States District Judge:

Pursuant to the proceeding with the Court held on **09/07/2018**, it is hereby **ORDERED** that the defendant Avtandil Khurtsidze not be housed in the same BOP facility as Razhden Shulaya.

SO ORDERED:

Dated:   New York, New York
         September 7, 2018

                                  _____
                                  KATHERINE B. FORREST
                                  United States District Judge