UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

              Plaintiff

    -against-

AVTANDIL KHURTSIDZE,

              Defendant.

17 Cr. 350 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Mr. Khurtsidze's counsel's email request to allow defense counsel to make defendant's sentencing submission one week prior to sentencing in light of the sentencing date.  The requested extension of time is approved.

    SO ORDERED.

Dated:   New York, New York
           August 25, 2021

                                      _/s/ Loretta A. Preska_
                                      LORETTA A. PRESKA
                                      Senior United States District Judge