

GOVERNMENT
EXHIBIT
903XX
S9 17 Cr. 350 (KBF)



GOVERNMENT
EXHIBIT
903YY
S9 17 Cr. 350 (KBF)